490-3444

# United States District Court

DISTRICT OF

## SUMMONS IN A CIVIL CASE

Marc Baillargeon

V.

Lincoln Educational Services Corporation
& Career Education INstitute

CASE NUMBER:

CA 06 472 S

TO: (Name and address of defendant)

Lincoln Educational Services Corporation

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stephen T. Fanning
305 South Main Street
Providence, RI 02903
401-272-8250

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time afte· service.

CLERK

DATE 10.25.06

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 2-21-07 |
| NAME OF SERVER (PRINT) EDWIN J Semper JR | TITLE Fedral Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ____________

☐ Returned unexecuted: ____________

☑ Other (specify): Served AFS ReBecca McSweeney For Lincoln Educational Service Corp 127 Dorrance St Prov RI

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $45 | $45 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-21-07
*Date*

Edwin J Semper Jr
*Signature of Server*

56 Huntons Run N. Prov RI
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.