**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **MARC BAILLARGEON,** <br><br> **Plaintiff,** <br><br> **- against -** <br><br> **LINCOLN EDUCATIONAL SERVICES CORPORATION; CAREER EDUCATION INSTITUTE** <br><br> **Defendants.** | : | **C.A. No.: 06-472-S** <br><br> **Entry of Appearance** |

The undersigned hereby formally enters his appearance as trial counsel for Defendants Lincoln Educational Services Corporation and Career Education Institute.

Dated: March 8, 2007
Providence, Rhode Island

JACKSON LEWIS LLP
127 Dorrance Street, 4th Floor
Providence, Rhode Island 02903
Telephone: (401) 490-3444

By: /s/ Anthony J. DiOrio (#3419)

ATTORNEYS FOR DEFENDANT

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **MARC BAILLARGEON,** <br><br> **Plaintiff,** <br><br> **- against -** <br><br> **LINCOLN EDUCATIONAL SERVICES CORPORATION; CAREER EDUCATION INSTITUTE** <br><br> **Defendants.** | : | **C.A. No.: 06-472-S** <br><br> **Certificate of Service** |

The undersigned hereby certifies that Defendant's Entry of Appearance has been filed electronically and that it is available for viewing and downloading from the ECF system, this 8th day of March, 2007.

/s/ Anthony J. DiOrio (#3419)