**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **MARC BAILLARGEON,** <br> **Plaintiff,** <br> **- against -** <br> **LINCOLN EDUCATIONAL SERVICES CORPORATION; CAREER EDUCATION INSTITUTE** <br> **Defendants.** | : | **C.A. No.: 06-472-S** <br> **Rule 7.1 Statement** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Lincoln Technical Institute, Inc., s/h/a "Lincoln Educational Services Corporation; Career Education Institute" is a nongovernmental corporate party which has 100% ownership by a parent corporation, to wit: Lincoln Educational Services Corporation. Lincoln Technical Institute, Inc. is not a publicly held corporation. Lincoln Educational Services Corporation is a publicly held corporation. "Career Education Institute" is a fictitious business name for Lincoln Technical Institute, Inc.

Respectfully submitted,

JACKSON LEWIS LLP
127 Dorrance Street, 4th Floor
Providence, Rhode Island 02903
Telephone: (401) 490-3444

By: /s/ Anthony J. DiOrio (#3419)

Dated: March 8, 2007
Providence, Rhode Island

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

---------------------------------------------------------------X

**MARC BAILLARGEON,**

**Plaintiff,**

**- against -** **C.A. No.: 06-472-S**

**LINCOLN EDUCATIONAL SERVICES CORPORATION; CAREER EDUCATION INSTITUTE**

**Certificate of Service**

**Defendants.**

---------------------------------------------------------------X

The undersigned hereby certifies that Defendant's Rule 7.1 Statement has been filed electronically and that it is available for viewing and downloading from the ECF system, this 8th day of March, 2007.

/s/ Anthony J. DiOrio (#3419)