UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

---------------------------------------------------------------X

MARC BAILLARGEON,

Plaintiff,

- against -

C.A. No.: 06-472-S

LINCOLN EDUCATIONAL SERVICES CORPORATION; CAREER EDUCATION INSTITUTE

Defendants.

---------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of Defendant's Initial Disclosure has been served via First Class United States mail on April 11, 2007 upon:

Stephen T. Fanning, Esq.
305 South Main Street
Providence, Rhode Island 02903

/S/ Rebecca McSweeney (#4020)
Rebecca McSweeney