**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

---X

**MARC BAILLARGEON,** :
:
**Plaintiff,** :
:
**- against -** : **C.A. No.: 06-472-S**
:
**LINCOLN EDUCATIONAL SERVICES** :
**CORPORATION; CAREER EDUCATION** :
**INSTITUTE** :
:
**Defendants.** :

---X

**STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby STIPULATED AND AGREED, by and between Plaintiff Richard Shaw and Defendant Lincoln Educational Services Corporation; Career Education Institute, through counsel for Plaintiff and counsel for Defendant, who state that they have been authorized by the Parties to enter into this Stipulation, that the above-captioned action is hereby dismissed in its entirety, with prejudice to Plaintiff, and with no award of counsel fees or costs by the Court.

October 26, 2007
Date

By: /s/ Stephen Thomas Fanning
Stephen Thomas Fanning, Esq.
305 South Main Street
Providence, Rhode Island 02903
*Attorney for Plaintiff*

October 26, 2007
Date

By: /s/ Anthony J. DiOrio
Anthony J. DiOrio, Esq.
Jackson Lewis LLP
127 Dorrance Street, 4th Floor
Providence, Rhode Island 02903
*Attorney for Defendant*